IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| NISUS CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 3:08-cv-62 ) |
| CONTROL SOLUTIONS, INC., | ) ) |
| Defendant. | ) ) |

## **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

THIS MATTER having been amicably settled by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed without prejudice and without costs against either party.

Dated this 23rd day of October, 2009.

    Respectfully submitted,

    NISUS CORPORATION

    By: s/Geoffrey D. Kressin
       Geoffrey D. Kressin - BPR No. 658
       Andrew S. Neely - BPR No. 6414
       Robert O. Fox - BPR No. 15185
       LUEDEKA, NEELY & GRAHAM, P.C.
       1871 Riverview Tower
       P.O. Box 1871
       Knoxville, Tennessee 37901-1871
       Phone: (865) 546-4305
       Facsimile: (865) 523-4478

    Attorneys for Plaintiff